JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

Cassina S.p.A.; and Poltrona Frau Group North America Inc.,

Plaintiffs,

v.

Diva, Inc.; and Diva Warehouse, Inc.,

Defendants.

Case No.: 2:25-cv-08097-MWF-PD

**STIPULATED JUDGMENT**

This Court, having reviewed the Parties' Stipulation for Entry of Judgment (Docket No. 23), and good cause appearing, **ORDERS, ADJUDGES, AND DECREES** as follows:

1. Judgment is entered in favor of Plaintiff Cassina S.p.A. and against Defendants Diva, Inc. and Diva Warehouse, Inc. in the sum of **$2,139,040.17**. Defendants are jointly and severally liable for this amount.
2. The judgment sum in favor of Cassina S.p.A. shall bear pre-judgment interest from May 1, 2024, until the entry of judgment at the rate prescribed by Cal.Civ.Code § 3289.

///

///

3. The judgment sum in favor of Cassina S.p.A. shall bear post-judgment interest from the date of entry at the rate prescribed by 28 U.S.C. § 1961 until paid in full.
4. Judgment is entered in favor of Plaintiff Poltrona Frau Group North America Inc., and against Defendants Diva, Inc. and Diva Warehouse, Inc. in the total sum of **$791,533.59**. Defendants are jointly and severally liable for this amount.
5. The judgment sum in favor of Poltrona Frau Group North America Inc. shall bear pre-judgment interest from May 15, 2025, until the entry of judgment at the rate prescribed by Cal.Civ.Code § 3289.
6. The judgment sum in favor of Poltrona Frau Group North America Inc. shall bear post-judgment interest from the date of entry at the rate prescribed by 28 U.S.C. § 1961 until paid in full.
7. Each Party shall bear its own costs and attorneys' fees.
8. This Stipulated Judgment resolves all claims against all parties in this action and is a final judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: November 5, 2026

MICHAEL W. FITZGERALD
United States District Judge